RECEIVED
IN LAKE CHARLES, LA

JAN - 4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BISRAT TSEGAYE | : | DOCKET NO. 10-0827 |
| VS. | : | JUDGE MINALDI |
| ERIC H HOLDER, JR., et al. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Respondent's Motion to Dismiss be GRANTED.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ____ day of __January__ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE